JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND HORTON,<br>Plaintiff,<br>v.<br>VARTY MAZLEMIAN, as trustee of the Varty Malemian Trust; and DOES 1-10,<br>Defendants. | Case No. 2:26-cv-05446-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated: July 27, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE